

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00428-CV

Javier **MORA**,
Appellant

v.

Anna **MORA**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2001CI00776
Honorable Peter A. Sakai, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. It is ORDERED that appellee Anna Mora recover her costs of this appeal from appellant Javier Mora.

SIGNED October 10, 2018.

_____
Rebeca C. Martinez, Justice